

## CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

01-15-00294-CR

March 25, 2015

ASHTON ADAIR
ATTORNEY OF RECORD
7400 GULF FREEWAY
HOUSTON, TX 77017

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/30/2015 1:03:42 PM
CHRISTOPHER A. PRINE
Clerk

Defendant's Name: AMINA ROSE WHITE

Cause No: 1884399

Court: #15 COUNTY CRIMINAL AT LAW

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on Petition For Nondisclosure filed date:** 1/05/15
**Ruling Made:** 2/23/15 DENIED
**Court of Appeals Assignment:** First Court of Appeals
**Appeal Attorney of Record:** ASTHON ADAIR

Sincerely,

Shalanda Norris
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

CONNIE COLE (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O.Box 4651  Houston, Texas 77210-4651

## CAUSE NO. 1884399

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| | § | COURT NUMBER 15 |
| VS. | § | |
| | § | |
| AMINA WHITE | § | |
| DEFENDANT | § | OF HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW **AMINA WHITE** (hereinafter "defendant") and files this, her Notice of Accelerated Appeal, appealing the February 23, 2015 ruling of this Court, denying her Petition for Non-Disclosure to either the First or Fourteenth Court of Appeals for Texas at Houston.

Respectfully submitted,

Ashton Adair
7400 Gulf Freeway
Houston, Texas 77017
Tel: (713) 777-5297
Fax: (844) 273-9752
State Bar No. 00795907

### CERTIFICATE OF SERVICE

This is to certify that on March 16, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, Harris, by hand delivery.

Ashton Adair

Cause No. 1884399

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| V. | § | COURT AT LAW NO. 15 |
| Amina White | § | HARRIS COUNTY, TEXAS |

## Trial Court's Certification of Defendant's Right of Appeal

I, Judge of the trial court, certify this criminal case:

☐ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☒ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____
**Judge Presiding**

4-30-13
_____
**Date Signed**

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant

_____
Mailing address:

_____
Telephone number:

**FILED**
Loren Jackson
District Clerk

APR 3 0 2013

Time: _____
Harris County, Texas

By_____

_____
Fax number (if any):

_____
Defendant's Counsel

3115 Preston Rd. Ste F
_____
Mailing address:

281. 487. 8929
_____
Telephone number:

281. 487. 0022
_____
Fax number (if any):

24044749
_____
State Bar of Texas ID Number

RECORDER'S MEMORANDUM
This instrument is of poor quality at the time of imaging

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

Revised 11/1/07

ORIGINAL

Petition for Non Disclosure 1st
Order

## APPEAL CARD

4-24-15

Court
15

Cause No.
1884399

### The State of Texas

Amina Rose Vs White

Date Notice
Of Appeal: 3-16-15   2-23-15

Presentation:          Vol.____ Pg.____

Judgment:             Vol.____ Pg.____

Judge Presiding ____ Jean Hughes
Court Reporter ____ Connie Cole
Court Reporter _____
Court Reporter _____

Attorney
on Trail/case  Jeanie Dickey

Attorney
on Appeal  Ashton Adair

Appointed _____ Hired ✓____

Offense  Theft $50 - $500

Jury Trail:        Yes____ No ✓____

Punishment
Assessed  Non Disclosure Denied

Companion Cases
(If Known) _____

Amount of
Appeal Bond _____

Appellant
Confined:        Yes____ No____

Date Submitted
To Appeal Section  3/19/15

Deputy Clerk  L Martinez

13/995
994